UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephanie Lunde,

      Plaintiff,

v.

The Cincinnati Insurance Company,

      Defendant.

Court File No.  17-CV-05201 (JNE/TNL)

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

---

Plaintiff Stephanie Lunde hereby dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because the Defendant has not served an answer or a motion for summary judgment.

Dated:  November 29, 2017

*/s/ Richard D. Snyder*
Richard D. Snyder (#191292)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
Facsimile:  (612) 492-7077
rsnyder@fredlaw.com

***Attorneys for Plaintiff***

62826011.1